**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**
**DENVER DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Cora Jean Brodnax | § | Case No. 15-13561-HRT |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/07/2015. The undersigned trustee was appointed on 04/07/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $        996.37

    Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

    Leaving a balance on hand of[1]              $        996.37

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/11/2015 and the deadline for filing governmental claims was 10/05/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 249.09 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 249.09 , for a total compensation of $ 249.09 $^{2}$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 27.24 , for total expenses of $ 27.24 $^{2}$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/12/2016     By:/s/JANICE A. STEINLE
                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^{2}$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-13561 | HRT | Judge: | Howard R. Tallman | Trustee Name: | JANICE A. STEINLE |
|---|---|---|---|---|---|---|
| Case Name: | Cora Jean Brodnax | | | | Date Filed (f) or Converted (c): | 04/07/2015 (f) |
| | | | | | 341(a) Meeting Date: | 05/05/2015 |
| For Period Ending: | 05/12/2016 | | | | Claims Bar Date: | 09/11/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account With Colorado State Bank & Trust<br><br>tis; all SocSec or retirement, fully exempt | 150.00 | 0.00 | | 0.00 | FA |
| 2. Savings Account With Colorado State Bank & Trust<br><br>tis; all is SocSec or retirement, fully exempt | 25.00 | 0.00 | | 0.00 | FA |
| 3. Couch, Bed, Tv, Dvd Player, Stereo, Computer, Table, Chairs, | 1,650.00 | 0.00 | | 0.00 | FA |
| 4. Bed Frame, Head Board, Box Springs, And A Painting. | 250.00 | 0.00 | | 0.00 | FA |
| 5. Debtor's Personal Used Clothing | 350.00 | 0.00 | | 0.00 | FA |
| 6. Costume Jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 7. Whole Life Insurance Through Metropolitan Life Insurance No | 0.00 | 0.00 | | 0.00 | FA |
| 8. Denver Employees Retirement Plan (Derp) - Debtor Currently I | 1,959.94 | 0.00 | | 0.00 | FA |
| 9. 2008 Hyundai Santa Fe With Approximately 86,000 Miles Kelley | 8,509.00 | 0.00 | | 0.00 | FA |
| 10. 2014 Federal Tax Refund (u) | 0.00 | 412.00 | | 412.00 | FA |
| 11. 2014 State Tax Refund (u)<br><br>Current value reflects $0.37 overpayment on final installment payment | 0.00 | 449.00 | | 449.37 | FA |
| 12. Monthly Billing Service Fee (u) | 0.00 | 135.00 | | 135.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $12,943.94        $996.00              $996.37        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor making timely payments, pending claims review
Debtor on payment plan to repay spent tax refunds, pending POC bar date 9/11/15

Initial Projected Date of Final Report (TFR): 05/31/2016        Current Projected Date of Final Report (TFR): 05/31/2016

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 15-13561 | Trustee Name: JANICE A. STEINLE | |
| Case Name: Cora Jean Brodnax | Bank Name: Bank of Kansas City | |
| | Account Number/CD#: XXXXXX0722 | |
| | Checking | |
| Taxpayer ID No: XX-XXX5238 | Blanket Bond (per case limit): $58,776,861.00 | |
| For Period Ending: 05/12/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/30/15 | 10 | Cora J Brodnax<br>7575 E. ARKANSAS AVE., #11-107<br>DENVER, CO  80231 | Payment Western Union Money Order | 1224-000 | $221.74 | | $221.74 |
| 08/04/15 | | Cora Jean Brodnax<br>7575 E. ARKANSAS AVE., #11-107<br>DENVER, CO  80231 | Payment | | $110.67 | | $332.41 |
| | | | Gross Receipts        $110.67 | | | | |
| | 10 | | 2014 Federal Tax Refund        $95.67 | 1224-000 | | | |
| | 12 | | Monthly Billing Service Fee        $15.00 | 1290-000 | | | |
| 09/09/15 | | Cora Jean Brodnax<br>7575 E. ARKANSAS AVE., #11-107<br>DENVER, CO  80231 | Payment Western Union Money Order | | $110.67 | | $443.08 |
| | | | Gross Receipts        $110.67 | | | | |
| | 10 | | 2014 Federal Tax Refund        $94.59 | 1224-000 | | | |
| | 11 | | 2014 State Tax Refund        $1.08 | 1224-000 | | | |
| | 12 | | Monthly Billing Service Fee        $15.00 | 1290-000 | | | |
| 10/06/15 | | Cora Jean Brodnax<br>7575 E. ARKANSAS AVE., #11-107<br>DENVER, CO  80231 | Payment Western Union Money Order | | $110.67 | | $553.75 |
| | | | Gross Receipts        $110.67 | | | | |
| | 11 | | 2014 State Tax Refund        $95.67 | 1224-000 | | | |
| | 12 | | Monthly Billing Service Fee        $15.00 | 1290-000 | | | |
| 11/05/15 | | Cora Jean Brodnax<br>7575 E. ARKANSAS AVE., #11-107<br>DENVER, CO  80231 | Payment Western Union Money Order | | $110.67 | | $664.42 |
| | | | Gross Receipts        $110.67 | | | | |
| | 11 | | 2014 State Tax Refund        $95.67 | 1224-000 | | | |
| | 12 | | Monthly Billing Service Fee        $15.00 | 1290-000 | | | |
| 12/08/15 | | Cora Jean Brodnax<br>7575 E. ARKANSAS AVE., #11-107<br>DENVER, CO  80231 | Payment Western Union Money Order | | $110.64 | | $775.06 |
| | | | Gross Receipts        $110.64 | | | | |

Page Subtotals:              $775.06          $0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 15-13561 | Trustee Name: | JANICE A. STEINLE |
| --- | --- | --- | --- |
| Case Name: | Cora Jean Brodnax | Bank Name: | Bank of Kansas City |
| | | Account Number/CD#: | XXXXXX0722 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5238 | Blanket Bond (per case limit): | $58,776,861.00 |
| For Period Ending: | 05/12/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 11 | | 2014 State Tax Refund $95.64 | 1224-000 | | | |
| | 12 | | Monthly Billing Service Fee $15.00 | 1290-000 | | | |
| 01/05/16 | | Cora J Brodnax 7575 E. ARKANSAS AVE., #11-107 DENVER, CO 80231 | Payment Western Union Money Order | | $110.67 | | $885.73 |
| | | | Gross Receipts $110.67 | | | | |
| | 11 | | 2014 State Tax Refund $95.67 | 1224-000 | | | |
| | 12 | | Monthly Billing Service Fee $15.00 | 1290-000 | | | |
| 02/02/16 | | Cora Jean Brodnax 7575 E. ARKANSAS AVE., #11-107 DENVER, CO 80231 | Payment Western Union | | $110.64 | | $996.37 |
| | | | Gross Receipts $110.64 | | | | |
| | 11 | | 2014 State Tax Refund $65.64 | 1224-000 | | | |
| | 12 | | Monthly Billing Service Fee $45.00 | 1290-000 | | | |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $996.37 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $996.37 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $996.37 | $0.00 |

| | | |
| --- | --- | --- |
| Page Subtotals: | $221.31 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0722 - Checking | $996.37 | $0.00 | $996.37 |
|  | $996.37 | $0.00 | $996.37 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $996.37 |
| Total Gross Receipts: | $996.37 |

Case:15-13561-HRT   Doc#:20   Filed:05/20/16   Entered:05/20/16 12:33:34   Page6 of 10

Page Subtotals:        $0.00        $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-13561-HRT  
Debtor Name: Cora Jean Brodnax  
Claims Bar Date: 9/11/2015  
Date: May 12, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Janice A. Steinle<br>9249 So. Broadway<br>Suite 200 - PMB 505<br>Highlands Ranch, CO 80129-5692 | Administrative | | $0.00 | $249.09 | $249.09 |
| 100 2200 | Janice A. Steinle<br>9249 So. Broadway<br>Suite 200 - PMB 505<br>Highlands Ranch, CO 80129-5692 | Administrative | | $0.00 | $27.24 | $27.24 |
| 1 300 7100 | Cavalry Spv I, Llc<br>Assignee Of Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, Az 85712 | Unsecured | | $3,102.00 | $2,897.68 | $2,897.68 |
| 2 300 7100 | Wells Fargo Bank, N.A.<br>Mac: X2505-036<br>Po Box 10438<br>Des Moines, Ia 50306 | Unsecured | | $10,558.00 | $10,919.03 | $10,919.03 |
| 3 300 7100 | Cavalry Spv I, Llc<br>Assignee Of Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, Az 85712 | Unsecured | | $445.00 | $145.36 | $145.36 |
| | Case Totals | | | $14,105.00 | $14,238.40 | $14,238.40 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1                                                      Printed: May 12, 2016

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-13561-HRT
Case Name: Cora Jean Brodnax
Trustee Name: JANICE A. STEINLE

        Balance on hand        $     996.37

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Janice A. Steinle | $ 249.09 | $ 0.00 | $ 249.09 |
| Trustee Expenses: Janice A. Steinle | $ 27.24 | $ 0.00 | $ 27.24 |

    Total to be paid for chapter 7 administrative expenses     $    276.33
    Remaining Balance     $    720.04

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,962.07  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  5.2  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry Spv I, Llc | $ 2,897.68 | $ 0.00 | $ 149.44 |
| 2 | Wells Fargo Bank, N.A. | $ 10,919.03 | $ 0.00 | $ 563.11 |
| 3 | Cavalry Spv I, Llc | $ 145.36 | $ 0.00 | $ 7.49 |
| | Total to be paid to timely general unsecured creditors | | | $ 720.04 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE